|  |  |  |
|---|---|---|
| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

| | |
|---|---|
| HORACE CORMIER and <br> CINDERELLA CORMIER, <br><br> Plaintiffs, <br><br> *versus* <br><br> ALLSTATE TEXAS LLOYD'S, <br><br> Defendant. | § § § § § § § § § § § <br><br> CIVIL ACTION NO. 1:10-CV-323 |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The court referred this matter to the Honorable Earl S. Hines, United States Magistrate Judge, for pretrial proceedings pursuant to Order of Reference entered on June 8, 2010. The court has received and considered the report of the United States magistrate judge, who recommends that the court grant the parties' agreed motion to dismiss with prejudice and enter judgment pursuant to settlement.

The magistrate judge's report is hereby **ADOPTED**, and the parties' "Agreed Motion to Dismiss with Prejudice" (Docket No. 9) is **GRANTED**. The purpose of the referral having been served, it is further

**ORDERED** that the reference to the magistrate judge is **VACATED**.

SIGNED at Beaumont, Texas, this 28th day of December, 2010.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE